Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000450
16-JUL-2021
09:07 AM
Dkt. 41 ODSD

NO. CAAP-18-0000450

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LANRIC HYLAND, Appellant-Appellant, v.
DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAIʻI,
Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC17-1-00101K)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On October 3, 2018, Appellee-Appellee Department of Human Services (DHS) filed a suggestion of death upon the record, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 43(a), for self-represented Appellant-Appellant Lanric Hyland (Hyland);

(2) On June 2, 2021, the court ordered that within thirty days from the order, DHS shall confirm whether a special administrator or personal representative has been appointed for Hyland's estate and, if so, DHS shall take further action specified in the order; and

(3) On June 24, 2021, DHS's counsel filed a declaration stating there is no record of a personal representative, special administrator, or other person with designated authority over Hyland's public assistance benefits; DHS's counsel and Hawaiʻi State Judiciary staff reviewed court records and determined there is no probate case or other action appointing a personal representative or special administrator for Hyland's estate; through Hyland's former counsel, DHS's counsel located an

individual who helped with some estate matters after Hyland's death but she was not his personal representative or special administrator of the estate, there was no documentation appointing her as the personal representative or special administrator, she did not intend to file an action to be named personal representative or special administrator, and she did not wish to pursue this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under HRAP Rule 43(a), based upon Hyland's death and there being no substitute appellant in this case.

DATED:  Honolulu, Hawaiʻi, July 16, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge